```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA.

              2023 APR 21  P 12: 54
                            meb
               CAROL L. MICHEL
                    CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## FELONY

### INDICTMENT FOR ARSON

**23-00075**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| v. | * | SECTION: **SECT. T MAG. 1** |
| TERRENCE COE | * | VIOLATION: 18 U.S.C. § 844(i) |
| | * | |

\*       \*       \*

The Grand Jury charges that:

### COUNT 1

On or about December 24, 2022, in the Eastern District of Louisiana, the defendant, **TERRENCE COE**, maliciously damaged and destroyed by means of fire, the building, known as Walmart, located at 2799 W. Thomas Street in Hammond, Louisiana, which building was used in interstate commerce and in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

### NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

```
___Fee  USA
___Process_____
 X _Dktd_____
___CtRmDep_____
___Doc.No._____
```

2. As a result of the offense alleged in Count 1, the defendant, **TERRENCE COE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said offense, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved in or used or intended to be used in the offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
TROY L. BELL
Assistant United States Attorney
Louisiana Bar Roll No. 37424

New Orleans, Louisiana
April 21, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern  District of  Louisiana
_____  Criminal  Division

## THE UNITED STATES OF AMERICA

vs.

### TERRENCE COE

## INDICTMENT
### INDICTMENT FOR ARSON

VIOLATION: Title 18, U.S.C., Section 844(i)

▄▄▄▄▄▄▄▄▄▄▄▄

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
TROY L. BELL
Assistant United States Attorney